

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MARCIA LEWIS OLSON                          CIVIL ACTION NO. 10-1715

VERSUS                                      U.S. DISTRICT JUDGE DRELL

WILLIAM H. LEWIS, et al

                                            U.S. MAGISTRATE JUDGE KIRK


## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by defendants Biosonix LLC and William H. Lewis, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #15,** is GRANTED. This case is ordered REMANDED to the 9th Judicial District Court in Rapides, Parish, Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___ day of _____, 2011.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**
